UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIAM LEWIS,<br><br>Defendant. | CR. NO. 25-00127 SASP<br><br><br>REPORT AND RECOMMENDATION<br>CONCERNING PLEA OF GUILTY |

REPORT AND RECOMMENDATION
<u>CONCERNING PLEA OF GUILTY</u>

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant appeared before me and entered a plea of guilty to the sole count of the Information.  I recommend that the District Judge accept Defendant's guilty plea based upon the findings below and impose sentence accordingly.

After examining the Defendant under oath, I further determined that:

- Defendant is fully competent and capable to understand the proceedings and enter into a knowing and voluntary guilty plea;

- Defendant knowingly consented to enter his guilty plea before a U.S. Magistrate Judge;

- Defendant understands the nature of the charge in the sole count of the

Information and the maximum and mandatory minimum punishments associated with that charge;

- Defendant understands his constitutional rights associated with a jury trial including his knowing and voluntary waiver of Indictment;

- Defendant knowingly and voluntarily entered into a written plea agreement with the Government;

- Defendant, as part of his plea agreement, waived his right to appeal and collaterally attack the sentence except in the limited instances also in the plea agreement;

- The offense charged in the Information is supported by an independent basis in fact establishing each of the essential elements of the offense;

- Defendant admitted to facts that establish each of the essential elements of the offense, as well as other sentencing factors that must be proved as an element at trial; and, therefore,

- Defendant knowingly and voluntarily pleaded guilty to the sole count of the Information.

The Government and Defendant agreed with the Court's findings.

Accordingly, I recommend that the District Judge accept the above findings and the Defendant's plea of guilty.

IT IS SO RECOMMENDED.



Wes Reber Porter
United States Magistrate Judge

DATED: December 19, 2025 at Honolulu,
Hawai'i

---

United States of America vs. David William Lewis; CR. NO. 25-00127 SASP; REPORT
AND RECOMMENDATION CONCERNING PLEA OF GUILTY.

## NOTICE

**Pursuant to 28 U.S.C. § 636(b)(1), within fourteen days after being served**

**with a copy, the Defendant may file written objections to these proposed findings**

**and recommendations as to the guilty plea with the District Court.**