IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIAM LEWIS,<br><br>Defendant. | CR. NO. 25-00127 SASP |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the sole count of the Information is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, January 5, 2026.

_____
Shanlyn A.S. Park
United States District Judge